# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO.  03-26-00140-CV

**Stephen Bekanich, Appellant**

**v.**

**Amy Bekanich, Appellee**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-24-000818, THE HONORABLE LAURIE EISERLOH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Stephen Bekanich has filed an unopposed motion to dismiss this appeal.  We grant appellant's motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a).

_____

Maggie Ellis, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed on Appellant's Motion

Filed:   June 30, 2026